Exhibit List

A – DOL WHD, FMLA, right to being private action, 15 Apr 13
B – DOL WHD, FLSA, private action, 6 Jan 15
C – MSPB Complaint SF-0752-13-0633-I-1, filed 3 Jul 13
D – MSPB Initial Decision, SF-0752-13-0633-I-1, 23 April 15
E – MSPB Remand Order, SF-0752-13-0633-I-1, 13 Oct 15
F – MSPB Initial Decision, SF-0752-13-0633-I-1, 12 Feb 16
G - MSPB VEOA/USERRA Complaint, SF-3330-15-0432-I-2, filed 20 Mar 15
H – EEO Mixed-Case, Dismissal, 23 Sept 13, Jurisdiction 9 Jan 15
I – EEO 1E-985-0004-12, FAD 12 Feb 13
  I1 – MM Norris Affidavit 26 Sep 12, "no knowledge…"
J – EEO 1E-985-0006-13, FAD 4 Nov 13
  J1 – 0006 pre-complaint issues, Feb 13
  J2 – 0006 disagreement of issues denial July 13
K – EEO 1E-985-0001-14, Dismissal 24 Jan 14
  K1 – original issues agree to, 6 Nov 13
L – EEO 1E-980-0032-13, dismissal Apr 14
M – EEO Class -0004, filed 10 Nov 12
N – Judicial Officer complaint, 6 Apr 13
  N1 – Staff Counsel response, 18 Apr 13
  N2 – Postmaster, NEEOISO response, 25 Apr 13
O – OSC Hatch Act 13 Jan 15 & Public Disclosure Commission 28 May 15
P – NLRB Complaint, 12 Nov 14, Union Trust Funds
Q – OPF record correction requests Nov13 – Dec 15