_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 21 2016   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Lance McDermott

Plaintiff(s),

v. USPS PM Megan Brennan
GSAL APWU, et al

Defendant(s).

Case No. 16 cv 00377 JCC

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue Summons for:
1) USPS PM Megan Brennan
2) US AG Loretta Lynch
3) GSAL APWU

21 March 2016        /s/ L. McDermott
Dated                Sign or use an "s/" and your name

Summons Iss.

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**                Page 1 of 1