United States District Court,
Western District of Washington

Lance P. McDermott,
    Plaintiff, *Pro Se,*
  vs.
Postmaster General, Megan Brennan,
U.S. Postal Service (USPS), *Et Al*,
    and
Greater Seattle Area Local (GSAL),
American Postal Workers Union
(APWU), *Et Al,* Salaried Union
Officials,

    Defendants.

Certificate of Service.

Case No.: CV 16-377 JCC

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

APR -1 2016   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

I, Darlene McDermott, certify that on, *1 April 2016* I served by certified mail a copy of the Complaint, Statement of Facts, Motion for Back-Pay, and on CD the Exhibits to:

USPS PMG Megan Brennan

475 L'Enfant Plaza

Washington DC 20260

    7015 0640 0000 6412 9443

U.S. Attorney General Loretta E. Lynch

950 Pennsylvania Ave NW

Washington DC 20530-0001

    7015 0640 0000 6405 3687

GSAL APWU

132 SW 153rd ST

Burien, WA 98166

    7015 0640 0000 6405 3670

I, Darlene McDermott, also certify that I served by certified mail a curtesy CD

1 | copy of the Complaint, Statement of Facts, Motion for Back-Pay, and the Exhibits
2 | to:

4 | GSLA APWU Attorney, Robblee, Detwiler & Black, PLLP,

5 | 2101 Fourth Avenue, Suite 1000, Seattle, WA 98121.

6 | 7015 0640 0000 6404 7464

7 | I declare under penalty of perjury that this information is true.

8 | Dated this  1 April 2016

*Darlene McDermott*

Darlene M. McDermott
1819 So 104 ST
Seattle, WA 98168
206 409-3138