**HONORABLE JOHN C. COUGHENOUR**

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

8    LANCE P. MCDERMOTT,

9                    Plaintiff, *Pro Se*,                    No. 16-cv-00377-JCC

10              v.

11                                                          **NOTICE OF APPEARANCE**

12    U.S. POSTAL SERVICE (USPS), Postmaster
      General, MEGAN BRENNAN, *Et Al.*;

13
      and
14

15    GREATER SEATTLE AREA LOCAL
      (GSAL), AMERICAN POSTAL WORKERS
16    UNION (APWU), AFL-CIO, PRESIDENT,
      MYRNA UMALI; *Et Al.*, SALARIED UNION
17    OFFICIALS,

18                    Defendants.

19

20          Without waiving any defects in service or any other defenses or objections, the

21    undersigned, Kristina Detwiler and Daniel Cairns, hereby appear in this action as counsel on

22    behalf of Defendants Greater Seattle Area Local (GSAL), American Postal Workers Union

23    (APWU), AFL-CIO; President, Myrna Umali and the Salaried Union Officials.  Please send all

24

25    NOTICE OF APPEARANCE
      16-cv-00377-JCC - 1

correspondence and pleadings, exclusive of original service, pertaining to the Defendants to the undersigned.

DATED this 5th day of April, 2016.

s/ Kristina Detwiler
Kristina Detwiler, WSBA No. 26448
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: kdetwiler@unionattorneysnw.com

Attorneys for Defendants Greater Seattle Area Local (GSAL), American Postal Workers Union (APWU), AFL-CIO; President, Myrna Umali and the Salaried Union Officials

s/ Daniel S.S. Cairns
Daniel S. S. Cairns, WSBA No. 49950
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dcairns@unionattorneysnw.com

Attorneys for Defendants Greater Seattle Area Local (GSAL), American Postal Workers Union (APWU), AFL-CIO; President, Myrna Umali and the Salaried Union Officials

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 5, 2016 I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

> Lance McDermott
> 1819 S 104 Street
> Seattle, Washington 98168
> E-mail: treke@hotmail.com

> <u>s/Kristina Detwiler</u>
> Robblee Detwiler & Black, PLLP
> 2101 Fourth Avenue, Suite 1000
> Seattle, Washington 98121
> Telephone: (206) 467-6700
> Fax: (206) 467-7589
> E-mail: kdetwiler@unionattorneysnw.com

> Attorneys for Defendants Greater Seattle Area Local (GSAL), American Postal Workers Union (APWU), AFL-CIO; President, Myrna Umali and the Salaried Union Officials

CERTIFICATE OF SERVICE - 1