**HONORABLE JOHN C. COUGHENOUR**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8   LANCE P. MCDERMOTT,
9                Plaintiff, *Pro Se*,

No. 16-cv-00377 JCC

10       v.

**ORDER (PROPOSED) GRANTING MOTION TO DISMISS**

11
12  U.S. POSTAL SERVICE (USPS), Postmaster General, MEGAN BRENNAN, *Et Al.*;

13  and

14
15  GREATER SEATTLE AREA LOCAL (GSAL), AMERICAN POSTAL WORKERS UNION (APWU), AFL-CIO, PRESIDENT, MYRNA UMALI; *Et Al.*, SALARIED UNION OFFICIALS,
16
17
                       Defendants.
18

19       THIS MATTER, having come before the Court on the motion of Defendants Greater
20  Seattle Area Local (GSAL), American Postal Workers Union (APWU), AFL-CIO, President,
21  Myrna Umali, Et Al, Salaried Union Officials for dismissal for failure to state a claim upon
22  which relief can be granted, and this Court having considered the submissions of the parties,
23
24
25

ORDER [PROPOSED] GRANTING
MOTION TO DISMISS
16-cv-00377 JCC - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

NOW THEREFORE:

    IT IS HEREBY ORDERED that the motion is GRANTED and the Plaintiff's claim is dismissed with prejudice.

    DATED this ___ day of _____, 2016.

                                                    _____
                                                    JUDGE JOHN C. COUGHENOUR

Presented by:

s/Kristina Detwiler_____
Kristina Detwiler, WSBA No. 26448
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
Email: kdetwiler@unionattorneysnw.com

s/ Daniel S.S. Cairns_____
Daniel S. S. Cairns, WSBA No. 49950
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dcairns@unionattorneysnw.com

Attorneys for Union Defendants

ORDER [PROPOSED] GRANTING
MOTION TO DISMISS
16-cv-00377 JCC - 2