HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT,<br><br>Plaintiff, *Pro Se*,<br><br>v.<br><br>U.S. POSTAL SERVICE (USPS), Postmaster General, MEGAN BRENNAN, *Et Al.*;<br><br>and<br><br>GREATER SEATTLE AREA LOCAL (GSAL), AMERICAN POSTAL WORKERS UNION (APWU), AFL-CIO, PRESIDENT, MYRNA UMALI; *Et Al.*, SALARIED UNION OFFICIALS,<br><br>Defendants. | No. 16-cv-00377-JCC<br><br>**DECLARATION OF DANIEL CAIRNS IN SUPPORT OF UNION DEFENDANTS' MOTION TO DISMISS** |

I, Daniel Cairns, state as follows:

1. I am an attorney licensed to practice in the United States District Court for the Western District of Washington. I represent defendants Greater Seattle Area Local ("GSAL"), American Postal Workers Union ("APWU"), AFL-CIO, President Myrna Umali, and, Salaried

---

DECLARATION OF DANIEL CAIRNS IN
SUPPORT OF UNION DEFENDANTS'
MOTION TO DISMISS
16-cv-00377-JCC - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

Union Officials (collectively "Union Defendants") in this matter. As such, I am familiar with the files and records in this case.

2. Attached to this declaration as Exhibit A is a true and correct copy of Plaintiff's complaint (Dkt. #1), filed on June 30, 2015, in <u>McDermott v. Brennan</u>, 15-CV-01069-RAJ (W.D. Wash.) ("2015 Action").

3. Attached to this declaration as Exhibit B is a true and correct copy of Plaintiff's reply to the Union Defendants' motion to dismiss (Dkt. #11) in the 2015 Action.

4. Attached to this declaration as Exhibit C is a true and correct copy of the court's order (Dkt. #21), dated February 23, 2016, granting Union Defendants' motion to dismiss in the 2015 Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of April, 2016, in Seattle, Washington.

_____
Daniel S. S. Cairns, WSBA No. 49950
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dcairns@unionattorneysnw.com

Attorneys for Union Defendants

DECLARATION OF DANIEL CAIRNS IN
SUPPORT OF UNION DEFENDANTS'
MOTION TO DISMISS
16-cv-00377-JCC - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically filed the foregoing **DECLARATION OF DANIEL CAIRNS IN SUPPORT OF UNION DEFENDANTS' MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lance McDermott
1819 S 104 Street
Seattle, Washington 98168
E-mail: treke@hotmail.com

s/ Kristina Detwiler
Kristina Detwiler, WSBA No. 26448
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: kdetwiler@unionattorneysnw.com

Attorneys for Union Defendants

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
Robblee Detwiler & Black
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589